UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR STARKEY,<br><br>    Plaintiff,<br><br>vs.<br><br>F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in personam,* the F/V DONITA, her engines, tackle, apparel, etc., *in rem,* and DOES 1 through 20,<br><br>    Defendants. | CASE NO. CV 09 5801 MHP<br><br>[**PROPOSED**]<br><br>**ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

Having reviewed the Status Report and Request for Continuance of Case Management Conference filed by Plaintiff, and good cause appearing in support thereof;

**IT IS HEREBY ORDERED** that the dates set by the Court in its Order Setting Initial Case Management Conference filed December 10, 2009, are hereby continued as follows:

    April 1, 2010    Last day to meet and confer re initial disclosures, early settlement, ADR and discovery plan, to file ADR Certification, and to file either ADR Stipulation or Notice of Need for ADR Phone Conference;

    April 15, 2010    Last day to file Rule 26(f) Report, complete initial disclosures, or state objection thereto, and to file Case Management Statement; and

    April 26, 2010    INITIAL CASE MANAGEMENT CONFERENCE in Courtroom 15, 18th Floor, SF at 4:00 am/**pm**.

DATED: 3/18/2010

_____
The Honorable Marilyn Hall Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*