| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| 3 | Marc A. Centor (SBN 252011) |
| | 190 The Embarcadero |
| 4 | San Francisco, CA  94105 |
| | Telephone No.: 415-438-4600 |
| 5 | Facsimile No.: 415-438-4601 |

Attorneys for Defendants
F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER,
*in personam*, the F/V DONITA, *in rem*

**BRODSKY MICKLOW BULL & WEISS LLP**
Eugene A. Brodsky, State Bar No. 36691
Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
Oakland, California 94607-3704
Telephone: (510) 268-6180
Facsimile: (510) 268-6181

Attorneys for Plaintiff
VICTOR STARKEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR STARKEY, | ) | Case No.:  09-cv-5801 MHP |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **CONTINUING DEADLINE FOR** |
| v. | ) | **PERCIPIENT DISCOVERY** |
| | ) | |
| F/V DONITA, LLC; MICHAEL E. | ) | |
| MCCUTCHEON AND ANN TIMMER, *in* | ) | |
| *personam*, and F/V DONITA, and her | ) | |
| engines, tackle, apparel, etc., *in rem,* and | ) | |
| DOES 1 through 20, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

1   Having reviewed the parties' Joint Request to Continue Deadline for Percipient
2   Discovery, and for good cause shown, the Court hereby orders that the deadline for
3   percipient discovery in the above-captioned case shall be continued until March 18, 2011.
4
5   **IT IS SO ORDERED.**
6
7   Dated: __2/3_____, 2011

