```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| VICTOR STARKEY, | CASE NO. CV 09 5801 MHP |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | ORDER FOR CONTINUANCE OF PRETRIAL AND TRIAL DATES |
| F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in personam,* the F/V DONITA, her engines, tackle, apparel, etc., *in rem,* and DOES 1 through 20, | |
| Defendants. | |

Having reviewed the Joint Request to Continue Trial Date filed by the parties, and good cause appearing in support thereof:

**IT IS HEREBY ORDERED** that the pretrial conference date of May 11, 2011, and the trial date of May 24, 2011, are hereby vacated, and that the pretrial conference and trial dates are re-set as follows:

Trial:  **October 25, 2011 at 8:30 a.m.**

Pretrial Conference:  **October 12, 2011 at 2:30 p.m.**

All percipient discovery is to be completed sixty (60) days before the new trial date, and the parties shall exchange expert reports forty-five (45) days before the new trial date.

DATED: 3/7/2011

_____
The Honorable Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER FOR CONTINUANCE                                    Case No. CV 09-5801 MHP