| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| 2 | **HANSEN & POULOS, LLP**<br>Richard C. Wootton (SBN 88390) |
| 3 | Marc A. Centor (SBN 252011)<br>190 The Embarcadero |
| 4 | San Francisco, CA 94105<br>Telephone No.: 415-438-4600 |
| 5 | Facsimile No.: 415-438-4601 |
| 6 | |
| 7 | Attorneys for Defendants<br>F/V DONITA, LLC; MICHAEL E.<br>MCCUTCHEON and ANN TIMMER, |
| 8 | *in personam*, the F/V DONITA, *in rem* |
| 9 | **BRODSKY MICKLOW BULL & WEISS LLP**<br>Eugene A. Brodsky, State Bar No. 36691 |
| 10 | Edward M. Bull III, State Bar No. 141996<br>384 Embarcadero West, Suite 200 |
| 11 | Oakland, California 94607-3704<br>Telephone: (510) 268-6180 |
| 12 | Facsimile: (510) 268-6181 |
| 13 | |
| 14 | Attorneys for Plaintiff<br>VICTOR STARKEY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR STARKEY, | ) | EMC<br>Case No.: 09-cv-5801 ~~MHP~~ |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO STAY** |
| v. | ) | **DISCOVERY DEADLINES UNTIL**<br>**NEW TRIAL DATE IS SET** |
| | ) | |
| F/V DONITA, LLC; MICHAEL E.<br>MCCUTCHEON AND ANN TIMMER, *in*<br>*personam*, and F/V DONITA, and her<br>engines, tackle, apparel, etc., *in rem*, and<br>DOES 1 through 20, | ) | |
| Defendants. | ) | |

The parties to the above-captioned matter hereby submit this stipulation to stay the deadline for expert discovery and disclosures in this case. The parties also stipulate to

-1-                                                                                                    Case No.: 09-cv-5801 MHP
STIPULATION TO STAY DISCOVERY DEADLINES

continuing the percipient discovery deadline in this case accordingly, for the sole purpose of taking the deposition of Dr. Gregory Buncke. The parties wish to stay these dates in order that they may be reset when the Court sets a new trial date.

The deadline for percipient discovery in this case was previously set for August 26, 2011, and the deadline for exchange of expert reports was set for September 9, 2011, per the Honorable Marilyn H. Patel's March 7, 2022 Order. On June 6, 2011, this case was reassigned to the Honorable Edward M. Chen. That Reassignment Order vacated the previously set trial date, but stated that, "All discovery cutoff dates and other deadlines associated with the case shall remain in effect."

As no new trial date has been set, and the parties have yet to have an initial case management conference following the reassignment, the parties stipulate to staying the expert and percipient discovery deadlines, so that those dates may be reset at the same time that the Court sets a new trial date in this matter. This will allow the parties more time to attempt an informal resolution of this case and to otherwise save time and money by conducting expert discovery at a time closer to the eventual trial date in this matter.

For the foregoing reasons, the parties stipulate and jointly request that the Court continue the expert and discovery deadlines in this matter in accordance with the above.

Dated: September 7, 2011

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
F/V DONITA, LLC; MICHAEL E.
MCCUTCHEON and ANN TIMMER,
*in personam*, the F/V DONITA, *in rem*

By  /s/ Marc A. Centor
    Marc A. Centor

Dated: September 7, 2011

BRODSKY MICKLOW BULL &
WEISS LLP
Attorneys for Plaintiff
Victor Starkey

By  /s/ Edward M. Bull III
    Edward M. Bull III

## ORDER

Pursuant to the stipulation of the parties and good cause appearing thereon,

**IT IS HEREBY ORDERED**, that the deadline for exchange of expert reports in this matter is stayed. In addition, the deadline for percipient discovery is stayed for the sole purpose of allowing the parties to take the deposition of Dr. Gregory Buncke. These deadlines shall be reset at the same time that this Court sets a new trial date in this matter. *The Court sets a CMC in this matter for 10/21/11 @ 9:00 for trial setting.*

Dated: 9/13/11

THE HONORABLE EDWARD M. CHEN