| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Richard C. Wootton (SBN 88390) |
| | Marc A. Centor (SBN 252011) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA 94105 |
| 4 | Facsimile No.: 415-438-4601 |
| 5 | Attorneys for Defendants |
| | F/V DONITA, LLC; MICHAEL E. |
| 6 | MCCUTCHEON and ANN TIMMER, |
| | *in personam*, the F/V DONITA, *in rem* |
| 7 | |
| | **BRODSKY MICKLOW BULL & WEISS LLP** |
| 8 | Eugene A. Brodsky, State Bar No. 36691 |
| | Edward M. Bull III, State Bar No. 141996 |
| 9 | 384 Embarcadero West, Suite 200 |
| | Oakland, California 94607-3704 |
| 10 | Telephone: (510) 268-6180 |
| | Facsimile: (510) 268-6181 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | VICTOR STARKEY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR STARKEY, | ) | Case No.: C09-5801 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **EXPERT DISCLOSURE** |
| v. | ) | **DEADLINES** |
| | ) | ORDER |
| F/V DONITA, LLC; MICHAEL E. | ) | |
| MCCUTCHEON AND ANN TIMMER, *in* | ) | |
| *personam*, and F/V DONITA, and her | ) | |
| engines, tackle, apparel, etc., *in rem,* and | ) | |
| DOES 1 through 20, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  The parties to the above-captioned matter hereby submit this stipulation to continue the deadlines for expert disclosures in this case. The parties wish to continue these dates so that they may explore settlement options prior to submitting expert reports.

  The deadlines for expert disclosures in this case were set by the Court's October 28,

-1-      Case No.: 09-cv-5801 EMC
STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINES

1  2011, Case Management and Pretrial Order for Jury Trial. Opening Reports are currently
2  due by February 20, 2012 and Rebuttal Reports are due by March 12, 2012.
3      As the parties are closer to reaching settlement than they have previously been in
4  this case, they seek more time to attempt an informal resolution of this case prior to the
5  expert disclosure deadlines. The parties thus stipulate to continue the expert disclosure
6  deadlines by two weeks. This continuance would result in Opening Reports being due by
7  March 5, 2012 and Rebuttal Reports being due by March 26, 2012.
8      For the foregoing reasons, the parties stipulate and jointly request that the Court
9  continue the expert disclosure deadlines in this matter in accordance with the above.

10
11  Dated: February 9, 2012    COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS, LLP
12      Attorneys for Defendants
    F/V DONITA, LLC; MICHAEL E.
    MCCUTCHEON and ANN TIMMER,
13      *in personam*, the F/V DONITA, *in rem*

14
15      By   /s/ Marc A. Centor
    Marc A. Centor

16
17  Dated: February 9, 2012    BRODSKY MICKLOW BULL &
    WEISS LLP
    Attorneys for Plaintiff
18      Victor Starkey

19
20      By   /s/ Edward M. Bull III
    Edward M. Bull III

21
22
23  **CERTIFICATE OF SIGNATURE**
24  I attest that the content of this document is acceptable to Edward M. Bull, and that
25  he authorized me to sign this document on his behalf.
26      /s/ Marc A. Centor
27
28

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing thereon,

**IT IS HEREBY ORDERED**, that the deadlines for expert disclosures in this matter are continued. Opening Reports are now due by <u>March 5, 2012</u> and Rebuttal Reports are due by <u>March 26, 2012</u>.

Dated: 2/10/12

_____
ARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen