1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Richard C. Wootton (SBN 88390)
   Marc A. Centor (SBN 252011)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Facsimile No.: 415-438-4601

5  Attorneys for Defendants
   F/V DONITA, LLC; MICHAEL E.
6  MCCUTCHEON and ANN TIMMER,
   *in personam*, the F/V DONITA, *in rem*

7
   **BRODSKY MICKLOW BULL & WEISS LLP**
8  Eugene A. Brodsky, State Bar No. 36691
   Edward M. Bull III, State Bar No. 141996
9  384 Embarcadero West, Suite 200
   Oakland, California 94607-3704
10 Telephone: (510) 268-6180
   Facsimile: (510) 268-6181
11
   Attorneys for Plaintiff
12 VICTOR STARKEY

13              **UNITED STATES DISTRICT COURT**

14             **NORTHERN DISTRICT OF CALIFORNIA**

15

16 VICTOR STARKEY,                    )    Case No.:  C09-5801 EMC
                                      )
17      Plaintiff,                    )    **STIPULATION TO CONTINUE**
                                      )    **EXPERT DISCLOSURE**
18      v.                            )    **DEADLINES**
                                      )
19 F/V DONITA, LLC; MICHAEL E.        )     ORDER
20 MCCUTCHEON AND ANN TIMMER, *in* )
   *personam*, and F/V DONITA, and her )
21 engines, tackle, apparel, etc., *in rem*, and )
   DOES 1 through 20,                 )
22                                    )
                                      )
23           Defendants.             )
   _____ )

24

25        The parties to the above-captioned matter hereby submit this stipulation to continue

26 the deadlines for expert disclosures in this case.  The parties wish to continue these dates so

27 that they may explore settlement options prior to submitting expert reports.

28        The deadlines for expert disclosures in this case were set by the Court's October 28,

                                       -1-                    Case No.: 09-cv-5801 EMC

2011, Case Management and Pretrial Order for Jury Trial.  Opening Reports are currently due by February 20, 2012 and Rebuttal Reports are due by March 12, 2012.

As the parties are closer to reaching settlement than they have previously been in this case, they seek more time to attempt an informal resolution of this case prior to the expert disclosure deadlines.  The parties thus stipulate to continue the expert disclosure deadlines by two weeks.  This continuance would result in Opening Reports being due by March 5, 2012 and Rebuttal Reports being due by March 26, 2012.

For the foregoing reasons, the parties stipulate and jointly request that the Court continue the expert disclosure deadlines in this matter in accordance with the above.


Dated:  February 9, 2012                    COX, WOOTTON, GRIFFIN,
                                            HANSEN & POULOS, LLP
                                            Attorneys for Defendants
                                            F/V DONITA, LLC; MICHAEL E.
                                            MCCUTCHEON and ANN TIMMER,
                                            *in personam*, the F/V DONITA, *in rem*


                                            By ____/s/ Marc A. Centor____
                                                  Marc A. Centor


Dated:  February 9, 2012                    BRODSKY MICKLOW BULL &
                                            WEISS LLP
                                            Attorneys for Plaintiff
                                            Victor Starkey


                                            By ____/s/ Edward M. Bull III____
                                                  Edward M. Bull III



                       **CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to Edward M. Bull, and that he authorized me to sign this document on his behalf.

                                            ____/s/ Marc A. Centor____

STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINES                    Case No.: 09-cv-5801 EMC

1

**ORDER**

2              Pursuant to the stipulation of the parties and good cause appearing thereon,

3    **IT IS HEREBY ORDERED**, that the deadlines for expert disclosures in this matter are

4    continued.  Opening Reports are now due by <u>March 5, 2012</u> and Rebuttal Reports are due

5    by <u>March 26, 2012</u>.

6

7

8    Dated: _____ 2/10/12 _____ ARD M. CHEN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINES                    Case No.: 09-cv-5801 EMC