1 | **BRODSKY MICKLOW BULL & WEISS LLP**
Eugene A. Brodsky, State Bar No. 36691
2 | Edward M. Bull III, State Bar No. 141996
384 Embarcadero West, Suite 200
3 | Oakland, California 94607-3704
Telephone: (510) 268-6180
4 | Facsimile: (510) 268-6181

5 | Attorneys for Plaintiff
VICTOR STARKEY

6 | **COX, WOOTTON, GRIFFIN,**
7 | **HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
8 | Marc A. Centor (SBN 252011)
190 The Embarcadero
9 | San Francisco, CA  94105
Facsimile No.: 415-438-4601

10 | Attorneys for Defendants
11 | F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER,
12 | *in personam*, the F/V DONITA, *in rem*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| VICTOR STARKEY, | ) | Case No.:  C09-5801 EMC |
| --- | --- | --- |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
|  | ) | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| v. | ) |  |
|  | ) |  |
| F/V DONITA, LLC; MICHAEL E. MCCUTCHEON AND ANN TIMMER, *in personam*, and F/V DONITA, and her engines, tackle, apparel, etc., *in rem,* and DOES 1 through 20, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

It is hereby STIPULATED by and between Plaintiff VICTOR STARKEY and Defendants F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in personam*, and F/V DONITA, *in rem*, that this case be and hereby is dismissed with

-1-     Case No.: 09-cv-5801 EMC

STIPULATION OF DISMISSAL

prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, each party to bear its own attorney's fees and costs

Dated: March 26, 2012

BRODSKY MICKLOW BULL & WEISS LLP
Attorneys for Plaintiff
Victor Starkey

By     /s/ Edward M. Bull III
        Edward M. Bull III

Dated: March 26, 2012

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants
F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in personam*, the F/V DONITA, *in rem*

By     /s/ Marc A. Centor
        Marc A. Centor

**CERTIFICATE OF SIGNATURE**

I attest that the content of this document is acceptable to Marc A. Centor, and that he authorized me to sign this document on his behalf.

        /s/ Edward M. Bull

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]