| | |
|---|---|
| 1 | **BRODSKY MICKLOW BULL & WEISS LLP** |
| | Eugene A. Brodsky, State Bar No. 36691 |
| 2 | Edward M. Bull III, State Bar No. 141996 |
| | 384 Embarcadero West, Suite 200 |
| 3 | Oakland, California 94607-3704 |
| | Telephone: (510) 268-6180 |
| 4 | Facsimile: (510) 268-6181 |
| 5 | Attorneys for Plaintiff |
| | VICTOR STARKEY |
| 6 | |
| 7 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| | Richard C. Wootton (SBN 88390) |
| 8 | Marc A. Centor (SBN 252011) |
| | 190 The Embarcadero |
| 9 | San Francisco, CA 94105 |
| | Facsimile No.: 415-438-4601 |
| 10 | |
| | Attorneys for Defendants |
| 11 | F/V DONITA, LLC; MICHAEL E. |
| | MCCUTCHEON and ANN TIMMER, |
| 12 | *in personam*, the F/V DONITA, *in rem* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VICTOR STARKEY, | ) | Case No.: C09-5801 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **[F.R.C.P. 41(a)(1)(A)(ii)]** |
| v. | ) | |
| | ) | |
| F/V DONITA, LLC; MICHAEL E. | ) | |
| MCCUTCHEON AND ANN TIMMER, *in* | ) | |
| *personam*, and F/V DONITA, and her | ) | |
| engines, tackle, apparel, etc., *in rem,* and | ) | |
| DOES 1 through 20, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

It is hereby STIPULATED by and between Plaintiff VICTOR STARKEY and

Defendants F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in*

*personam*, and F/V DONITA, *in rem*, that this case be and hereby is dismissed with

-1-    Case No.: 09-cv-5801 EMC

STIPULATION OF DISMISSAL

1 | prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Procedure, each party to
2 | bear its own attorney's fees and costs

Dated: March 26, 2012

BRODSKY MICKLOW BULL & WEISS LLP
Attorneys for Plaintiff
Victor Starkey

By   /s/ Edward M. Bull III
        Edward M. Bull III

Dated: March 26, 2012

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendants
F/V DONITA, LLC; MICHAEL E. MCCUTCHEON and ANN TIMMER, *in personam*, the F/V DONITA, *in rem*

By   /s/ Marc A. Centor
        Marc A. Centor

### CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to Marc A. Centor, and that he authorized me to sign this document on his behalf.

  /s/ Edward M. Bull

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*